# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

GENE ALVIN AUXTER,

    Petitioner,

v.                                           CASE NO. 5:16-cv-00205-WTH-EMT

FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION UNDER 28 U.S.C. § 2244(b)

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 3, 2018. (ECF No. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter the following judgment: "The petition for writ of habeas corpus, ECF No. 1, is DISMISSED pursuant to 28 U.S.C. § 2244(b) for lack of jurisdiction. A certificate of appealability is DENIED."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 2929th day of March, 2018

_____
UNITED STATES DISTRICT JUDGE